# United States District Court
## Eastern District of Wisconsin

Johnnie B. Rose,
    Plaintiff    Case No.

Address: Milwaukee Co Jail
949 North 9th Street
Milwaukee WI 53233

V.

City of Milwaukee.
    Defendant

## Statment of Claim

On 10/23/20. The Plaintiff, was pulled over while Driving His Car. Two Milwaukee Police employed by the City of Milwaukee, and worked out of the 5th District Department. There was No Fresh Pursuit or Warrant out for the Plaintiff's arrest. The Plaintiff had License, Registration and Insurance. Police with their hands on their Service Weapons. Threaten the Plaintiff to exit his Vehicle ... once out of his car, The plaintiff was immediately grabbed, and slammed down into the

middle of 27th Street. Being punched and kicked several times. Officers then placed handcuffs on the Plaintiff. Who could no longer walk or breathe. An ambulance had to be called. The Plaintiff, was transported to the Ascension Columbia St. Mary's Emergency Hospital. Doctors diagnosed head injuries, A broken ankle. A front tooth was knocked out. The Plaintiff was diagnose with several contusions. After the Plaintiff's release from the hospital. He was unlawfully arrested on allegations of resisting, speeding and possession with intent to deliver cocaine. The Milwaukee District Attorney's office did not process a single charge. The Plaintiff was released from custody. The plaintiff believes officers committed a crime of civil Battery which should be prosecuted. The Plaintiff was unlawfully searched. There was excessive police used. Which violates the 4th and 14th amendment of the United States Constitution. The plaintiff filed grievance to Milwaukee Police Chief, Milwaukee Fire and Police Commission. Requesting names of arresting officers. No response was given.

the plaintiff signed an agreement to be represented in this claim by a Waukesha Attorney, who gathered Discovery. But eight months later, breached the signed agreement. The attorney told the plaintiff. That Due to criminal Charges that his law office could No Longer Represent the plaintiff. However No criminal charges or prosecution ever commenced. Therefore, There is absolutely No Justification for the Constitutional Violations. And the plaintiff now acting Pro Se, would like to pursue his claim, as well as civil criminal Charges for the Crime of civil Battery, And if this claim is allowed to go forward, The Plaintiff Seeks relief of $5. Million Dollars in punitive Damages.

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ 5. Million Dollars

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want The officers to face civil Battery Charges. Because there was No Charge against myself to justify the injuries and excessive Force. In addition, I was unlawfully Searched, Physically attacked, Resulting in Severe injury. I was unlawfully arrested. I am Black. Two White Police of the City of Milwaukee are Responsible, Which could have been Racially motivated. Therefore I Seek $5 Million Dollars For a violation of my Constitutional Rights.

Complaint – 4

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 30th day of March 20 24.

Respectfully Submitted,

*Johnnie Rose*
Signature of Plaintiff

2023018796
Plaintiff's Prisoner ID Number

Milw Co Jail, 949 N. 9th St
Milwaukee WI 53233
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.