# Amendment Complaint
## United States District Court
## Eastern District of Wisconsin

Johnnie Rose
Milwaukee Secure Detention Facility
1015 N. 10th St.
Milwaukee WI 53205

v.

City of Milwaukee
Milwaukee Fire and Police Commission

Case No. 24-CV-00405
Dated May 5, 2024

## Statement of Complaint

On April 16, 2024, I Johnnie Rose, Received a Letter from Milwaukee Police and Fire Commission, Alleging that they did not know why I had not received a Response to my Complaints. The Fire and Police Commission Also enclosed a Second Letter, Stating that my initial Complaint from the Day of

Incident: Complaint # PF-2020-0468 Had been investigated by the Milwaukee Police, who stated that their officers Did nothing wrong. However I never received a written Response from my initial complaint. No Date was given to me of when the complaint was decided. I was not told if I had rights to appeal the complaint. Therefore, to the best of my knowledge, my complaints were still under a ungoing investigation until April 16. 2024, which was the First time I learned that my complaint was Dismissed. Officers used Excessive Force. I was not criminally charged. There was no Justification For the Injuries that I Suffered. And although Requesting Names of the arresting officers This information continues to be denied.

Sincerely,
John B. Rose

Mr. Johnnie Rose #174952
Milwaukee Secure Detention Facility
PO Box 189
Phoenix MI 21131





Clerk of Court
Eastern District Court of Wisconsin
517 E. Wisconsin Ave.
Milwaukee WI 53202