

Exhibit A

*Trial Attorneys You Trust*

-PERSONAL AND CONFIDENTIAL-

May 15, 2024

Johnnie Rose
MSDF DOC #174952
1015 N 10th St.
Milwaukee, WI 53233

      Re:    Our prior withdrawal as counsel

Dear Mr. Rose:

      In response to your 5-14-24 letter to my office, I enclose another copy of our withdrawal letter dated 1-19-21, a copy of the 5-1-24 email sent to your email address on file [which also contained a copy of the 1-19-21 withdrawal letter] that was in response to your prior letter, as well as a copy of the police report we received in response to our open records request. My position regarding no further representation has not changed. I am sorry we could not be of further assistance.

                                  Sincerely,

                                    **GENDE LAW OFFICE, S.C.**

                                   James J. Gende II
                                   State Bar No. 1030921

JJG:jjg
Enclosures

N28W23000 ROUNDY DR., SUITE.200
PEWAUKEE, WI 53072

† Board Certified Civil Trial Specialist
By the National Board of Trial Advocacy
\* MILLION DOLLAR ADVOCATE
\*TOP 100 TRIAL LAWYER
#TOP 100 HIGH STAKES LITIGATOR
※ALSO LICENSED IN ILLINOIS

P 262.970.8500
F 262.970.7100





# FIRST, ALBRECHT & BLONDIS, S.C. ■ ATTORNEYS AT LAW
BROADWAY THEATRE CENTER ■ 158 NORTH BROADWAY, SUITE 600 ■ MILWAUKEE, WI 53202
PHONE (414) 271-1972 ■ FAX (414) 271-1511 ■ www.fabattorneys.com

JAMES P. END
THOMAS C. LENZ
CHRISTOPHER G. MEADOWS
BRYN I. BAKER
KENDALL A. MEANS

OF COUNSEL:
LAWRENCE G. ALBRECHT
~ ALSO ADMITTED IN NEW YORK
ROBERT H. BLONDIS

CURRY FIRST
RETIRED

## CONFIDENTIAL ATTORNEY CORRESPONDENCE

July 18, 2024

Mr. Johnnie Rose #174952
Milwaukee Secure Detention Facility
1015 N. 10th Street
Milwaukee, WI 53205

Dear Mr. Rose:

We are in receipt of your recent correspondence dated July 13, 2024 regarding legal representation. Our firm is not in a position to assist with your matter. We suggest that you contact the Wisconsin Lawyer Referral Information Service for possible referrals to attorneys who may be able to assist you. The LRIS's contact information is:

Lawyer Referral Information Service
P.O. Box 7158
Madison, WI 53707
Telephone: (800) 362-9082

Thank you for contacting us, and we wish you the best.

Very truly yours,

Thomas C. Lenz

TCL/jaz



# APEX ACCIDENT ATTORNEYS, LLC

April 15, 2024

Johnnie Rose #174952  
Milwaukee Secure Detention Facility  
P.O. Box 189  
Phoenix, MD 21131

VIA LEGAL MAIL

RE: Your claim against Milwaukee Police

Dear Johnnie,

I do remember you from Oshkosh. I'm sorry you are in your predicament that you describe in your letter dated April 9, 2024. Unfortunately, I cannot help you. I was just released from St. Luke's Hospital in Milwaukee following heart surgery this weekend. I am not supposed to drive. I am the only lawyer in this office. Considering that I've had 87 birthdays, I ought to start listening to my doctors. I am returning your letter. I send my most sincere wishes. I believe every word of your letter. Keep trying. We cannot give up making this country better for everyone. God bless!

Very truly yours,

George W. Curtis  
Attorney at Law  
/cr  
Enclosure: Your letter to Atty. Curtis on 4/9/24

**Attorney George W. Curtis**  
*(Also Licensed in Florida)*

3475 Omro Road, Suite 200; PO Box 2845; Oshkosh, WI 54903-2845  
Phone: 920.233.1010 * Toll free: 888.818.1010 * Fax: 920.233.8053  
Email: apexaccidents@milwpc.com * Web: ApexAccidents.com

Tony Evers
Governor

Kirsten L. Johnson
Secretary



**State of Wisconsin**
**Department of Health Services**

DIVISION OF MEDICAID SERVICES

DISABILITY DETERMINATION BUREAU
P.O. BOX 7886
MADISON WI 53707-7886

Telephone: (608) 266-1565
Fax: (608) 266-8297
TTY: 711

ASCENSION COLUMBIA ST MARYS
RELEASE OF INFORMATION
2301 N LAKE DR
MILWAUKEE WI 53211-4508

Date: March 15, 2023
Case ID: 4804147

RE: Johnnie Rose
DOB: November 20, 1968
Vendor Number: 4100489

We are the office that makes disability decisions for the Social Security Administration. Johnnie Rose is applying for or is receiving disability benefits due to the following conditions: Schizophrenia; Social Anxiety Disorder; Paranoid Type 1 and 2; Sleep Disorder; Learning Disabilities; Leg Injury; Arm Injury; Memory Issues; Hallucinations; Arthritis. This is not an authorization to perform an examination.

**What We Need From You**

To help us evaluate this claim, please send records covering the period of: 02/01/2021 to Present.

Include the following information: medical history, psychiatric history, clinical findings, laboratory findings, imaging reports, treatment prescribed and the response, diagnosis, and prognosis.

Please respond by March 29, 2023. We are enclosing a signed HIPAA compliant authorization for the release of medical records and information.

Please provide a statement based on your findings. Your statement should express your opinion about your patient's ability to do work-related physical and/or mental activities despite the limitations or restrictions imposed by his medical condition(s). For physical impairments, these activities include sitting, standing, walking, lifting, carrying, pushing, pulling, or other physical activities (including manipulative or postural activities, such as reaching, handling, stooping, or crouching); other activities, such as seeing, hearing, or using other senses; and ability to adapt to environmental conditions, such as temperature extremes or fumes. For mental impairments, these activities include understanding; remembering; maintaining concentration, persistence, or pace; carrying out instructions; and responding appropriately to supervision, coworkers, and work pressures.

If it is determined that we need additional information regarding your patient's impairments, would you be willing to perform an examination to provide additional findings? Please contact us if you would be willing to perform this examination. We will assume that you do not wish to perform the examination if you do not respond.

**If You Have Any Questions**

If you have any questions or wish to provide more information, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 4804147, your name, Johnnie Rose's name, and a call back number.

Thank you for your help.

Brett
(866) 273-6936
(800) 423-1939 (FAX)



American Civil Liberties Union of Wisconsin Foundation
207 E. Buffalo Street, Suite 325
Milwaukee, WI 53202

July 9, 2024

**RE:     INQUIRY #24-0003309**

Dear Johnnie Rose,

Thank you for your inquiry and request for legal help. The ACLU of Wisconsin Foundation is a non-profit organization with very limited resources. We do not have enough staff and trained volunteers to respond individually to each request for help and we lack the resources to act as a general legal clinic. Unfortunately, we cannot offer any legal advice or legal representation to you at this time, however, we have enclosed a list of private civil rights attorneys that you may contact for further assistance.

The fact that we cannot represent you does not necessarily mean you do not have a good case. You may wish to contact another legal organization or a private attorney for help. If you do not know of a private attorney, you may wish to contact the Wisconsin Bar Association's Lawyer Referral & Information Service, P. O. Box 7158, Madison, WI 53707-7158, (608) 257-4666. Or you can file a lawsuit on your own.

There are time limits for filing all lawsuits, so you should not delay. In Wisconsin, if you are suing the government for a violation of state law, including personal injury claims, you normally must file a "Notice of Injury and Claim for Damages" within 120 days of your injury in order to preserve your right to sue. More information about this requirement is in Sections 893.80 and 893.82 of the Wisconsin Statutes. The Notice of Injury and Claim for Damages is not required to sue for violations of federal law, including violations of the federal constitution. There are other time limits and may be other filing requirements for federal claims.

We regret that we are unable to help you in this matter.

You should also note, according to our document management policy, we destroy all inquiries and documents sent to us after seven (7) years. If you sent original documents you would like returned, please notify us in writing immediately to arrange to retrieve the documents. You may be required to pay to have documents sent to you.

Sincerely,

*R. Timothy Muth*

R. Timothy Muth
Staff Attorney