UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHNNIE B. ROSE,

        Plaintiff,

v.                                 Case No. 24-CV-405

JOSHUA HERMANN and
JOSUE AYALA.

        Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the City Attorney, Evan C. Goyke, by Assistant City Attorney Clint Muche, represents and appears for the defendants, in the above-entitled action, and demands that a copy of all proceedings subsequent to the summons and complaint herein be served at our office, at Suite 800, City Hall, 200 East Wells Street, Milwaukee, Wisconsin 53202-3551.

Dated and signed at Milwaukee, Wisconsin this 15th day of August, 2024.

        EVAN C. GOYKE
        City Attorney

        s/Clint B. Muche
        CLINT B. MUCHE
        State Bar No. 1131629
        Assistant City Attorney
        *Attorneys for Defendants*

ADDRESS:
200 E. Wells Street, Suite 800
Milwaukee, WI 53202
(414) 286-2601 – Telephone
(414) 286-8550 – Facsimile
Email: cbmuche@milwaukee.gov
1032-2024-1336/292843